## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**

**WILLIAM HENRY TANNER, JR.,**     **CASE NO. 20-03603-5-DMW**
                                    **CHAPTER 13**
    **DEBTOR**

### DEBTOR'S VERIFIED MOTION TO IMPOSE STAY

Now comes the Debtor, by and through counsel, and moves this court to order, under 11 U.S.C. § 362(c)(4), that the full protections of an automatic stay pursuant to 11 U.S.C. § 362(a) take effect in this case as to all creditors until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court. In support of this motion, the Debtor shows the court as follows:

1. The Debtor filed the above-captioned case on November 9, 2020.

2. On October 22, 2018, the Debtor filed a prior chapter 13 case bearing the assigned case number 18-05161-5-DMW in the Eastern District of North Carolina and that case was dismissed on February 21, 2020. On April 20, 2020, the Debtor filed a prior chapter 13 case bearing the assigned Case No. 20-01622-5-DMW in the Eastern District of North Carolina. The court dismissed that case on September 23, 2020. The dismissal of the prior case was because of the following (*mark all that apply*):

    X    Debtor or Debtor's immediate family incurred significant medical expenses: the Debtor helped his elderly mother pay for medications after she was diagnosed with breast cancer and she was unable to pay for all of her out of pocket medical expenses.
    X    Debtor lost job/ had hours reduced/had wages reduced: the Debtor's primary source of income is residential construction work. Due to the coronavirus pandemic and lockdown orders of the state and local governments, fewer homeowners wanted the Debtor and those working with him to enter their residences for work. Some contracts for work were delayed indefinitely. Additionally, materials for construction, particularly lumber, jumped up in prices substantially which meant that some jobs were canceled by the homeowners when the costs of paying for materials became too high. Finally, the Debtor had to quarantine 14 days and lost a contract for work when one of the workers on a job was exposed to the coronavirus and had to be tested. All of these circumstances diminished the Debtor's income during the summer months.
    ☐    Debtor incurred a significant expense on primary residence;
    ☐    Debtor incurred a significant expense on primary vehicle;
    X    Debtor was owed money by a third party (such as child support, alimony, worker's compensation) and was not paid (*if so, list source of money* \*): The Debtor had a construction job and the homeowner did not pay. He is seeking collection. Also, the Debtor rents rooms out of his residence and he had one tenant who was not paying, and the Debtor had to evict him.

   ☐ Debtor incurred a significant expense related to a dependent (*if so, provide details*): *

   ☐ Other:

  3. The Debtor's circumstances have substantially changed because (*mark all that apply*):

   X Debtor now has new income in the form of additional work hours, an additional job, additional wages from previous job, and/or a new job. Provide details: the Debtor has construction jobs that he is working. Homeowners are still being cautious but are beginning to reschedule more jobs. Also, the Debtor rents rooms out of his residence and has two new paying tenants.

   ☐ Debtor now has new income in the form of monetary assistance from a third party individual (*provide details*): *

   ☐ Debtor now has new income in the form of monetary assistance from a third party organization (*provide details*): *

   ☐ Debtor now has more available income in the form of reduced expenses (*provide details*): *

   X Other: the Debtor has applied to work with Amazon during the night-time. Amazon is hiring for a lot of new positions right now.

  4. As required by E.D.N.C. LBR 4001-1 (d)(1), this motion (*mark appropriate box*)

   X is filed within five (5) days of the petition date
   ☐ is NOT filed within five (5) days of the petition date.

  5. The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtor's circumstances have substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

  Wherefore, the Debtor prays for the court to enter an order imposing the automatic stay of 11 U.S.C. § 362(a) as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

  Dated: November 9, 2020.

               /s/Travis Sasser
               Travis Sasser
               Attorney for Debtor
               Sasser Law Firm
               2000 Regency Parkway, Suite 230
               Cary, NC 27518
               NC Bar No. 26707
               Tel: 919.319.7400
               Fax: 919.657.7400
               Email: travis@sasserbankruptcy.com

## DECLARATION

Under penalty of perjury, I, **William Henry Tanner, Jr.,** hereby certify that I have personal knowledge of all the information contained in the pleading above and all information is true and accurate, to the best of my knowledge.

(Signed)
**William Henry Tanner, Jr.,**

Sworn and subscribed to me this the 9th day of November 2020.

Notary Public

Notary Seal



**END OF DOCUMENT**

## CERTIFICATE OF SERVICE

The foregoing Debtor's Motion to be served on the following parties, by mailing a copy by depositing it in the United States Mail, by First Class Mail, in a properly addressed envelope with adequate postage thereon.

Chapter 13 Trustee
***Served Electronically***

William Henry Tanner, Jr.
3812 Sue Ellen Drive
Raleigh, NC 27604

*ALL PARTIES ON THE ATTACHED MAILING MATRIX via U.S. Mail*

Dated: November 9, 2020.

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

Ahnna Cain
6507 Caverstone Drive
Durham, NC 27707

Premier Bankcard c/o Jefferson Cap
Attn: Managing Agent
PO Box 772813
Chicago, IL 60677

Ashley Funding Services
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Resurgent Capital Services
Attn: Managing Agent
Post Office Box 10587
Greenville, SC 29603-0587

Brock & Scott
Attn: Managing Agent/ Bankruptcy
4700 Falls of Neuse Road, Ste. 350
Raleigh, NC 27609

SN Servicing Corporation
Attn: Managing Agent/Bankruptcy
323 5th Street
Eureka, CA 95501

Credit One Bank
Attn: Managing Agent/Bankruptcy
Post Office Box 98873
Las Vegas, NV 89193-8873

Trustee Services of Carolina, LLC
c/o Brock & Scott, PLLC
5431 Oleander Drive
Wilmington, NC 28403

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

US Bank Trust
400 National Way
Simi Valley, CA 93065

LVNV Funding LLC c/o Resurgent Cap
Attn: Managing Agent
PO Box 10587
Greenville, SC 29603

Wake County Revenue Department
301 S McDowell Street Suite 3800
PO Box 2331
Raleigh, NC 27602

Midland Funding LLC
Midland Credit Management
PO BOX 939069
San Diego, CA 92193

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

Phase II Properties LLC
Attn: Managing Agent/Bankruptcy
808 Clayton Road
Durham, NC 27703